UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FISK ELECTRIC COMPANY | CIVIL ACTION |
| VERSUS | No. 12-953 |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | SECTION I |

### ORDER

**IT IS ORDERED** that this Court's order and reasons granting in part and denying in part plaintiff's motion for summary judgment is **AMENDED** to properly reflect that the amount sought by plaintiff and awarded by this Court is $710,792.00 rather than $710,922.00.

New Orleans, Louisiana, February 15, 2013.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**